1052

Carson's Investment Company, Inc., et al, *Appellants,*
v. Gregory L. Davies, et al, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–00137–8, Leonard W. Kruse, J., entered December 11, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Gavin and Williams, JJ. Pro Tem.

Bruce O. Armstrong, et al, *Respondents,* v. Kitsap Associates, et al, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83–2–00899–1, Terence Hanley, J., entered July 5, 1985. *Affirmed* by unpublished opinion per Verharen, J. Pro Tem., concurred in by Yencopal, J. Pro Tem., Alexander, A.C.J., dissenting.

Gerald T. Hamann, *Appellant,* v. Rodney D. Crockford, et al, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, Nos. 84–5–00090–7, 83–3–01803–7, Thomas L. Lodge, J., entered September 13, 1985. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Jones and Steiner, JJ. Pro Tem.